UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-3794-mJ-white

UNITED STATES OF AMERICA

v.

TREVOR EDWARDS,

    Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

Respectfully submitted,

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

By: _____
JESSICA KAHN OBENAUF
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0052716
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9317
Fax: (305) 530-7976
Jessica.Obenauf@usdoj.gov

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
| --- | --- |
| v. | ) |
|  | ) Case No. 17-3794-MJ-White |
| TREVOR EDWARDS, | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __12/12/2017__ in the county of __Miami__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| Title 31, United States Code, Section 5332(a) | Bulk Cash Smuggling |
| Title 18, United States Code, Section 1001(a)(2) | False Statement |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Kenny Silva, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12-13-17

_____
*Judge's signature*

City and state:  Miami, Florida        Hon. Patrick M. White, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Kenny Silva, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION

1. I am a Special Agent with the United States Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigation ("HSI"), and have been for the past twelve (12) years. My duties include investigating violations of Titles 8, 18, 21, and 31 of the United States Code. I am presently assigned to the Miami Field Office, Miami International Airport Response Group, where I am responsible for conducting criminal investigations pertaining to, among other things, the illegal movement of narcotics and currency into or out of the United States.

2. This Affidavit is submitted in support of a criminal complaint charging Trevor EDWARDS with one count of bulk cash smuggling, in violation of Title 31, United States Code, Section 5332(a); and one count of false statement, in violation of Title 18, United States Code, Section 1001(a)(2).

3. The statements contained in this Affidavit are based on my personal knowledge, as well as information relayed to me by other law enforcement officials and individuals involved in this investigation. I have not included in this Affidavit each and every fact known to me. Rather, I have included only the facts that are sufficient to establish probable cause for the issuance of a criminal complaint against EDWARDS for the above-described criminal violations.

## PROBABLE CAUSE

4. On or about December 12, 2017, EDWARDS arrived at Miami International Airport aboard American Airlines Flight #2219 from Sint Maarten. EDWARDS presented himself to United States Customs and Border Protection ("CBP") passport control as a United States

Citizen. EDWARDS failed to declare any currency on his customs declaration form. EDWARDS was selected for secondary inspection.

5. During the secondary inspection of EDWARD's luggage CBP Officers discovered a rubber-banded bundle of money. The CBP officer asked EDWARDS how much currency he was carrying, to which EDWARDS responded that he was carrying $10,117 in currency.

6. During the secondary inspection, CBP Officers obtained a binding declaration from EDWARDS and had him complete a Report of International Transportation of Currency or Monetary Instruments (FinCEN Form 4790). EDWARDS declared both verbally and in writing to CBP officers that he was carrying $10,117 in cash. A search of EDWARD's person and two pieces of luggage discovered undeclared U.S. currency concealed in rolled up clothing.

7. CBP Officers discovered and seized a combined total of $38,086 in United States Currency and 100 Euros, including $27,969 of previously undeclared Ucurrency concealed on EDWARD's person and in his bags.

8. During a post-*Miranda* interview, EDWARDS stated that he knowingly avoided reporting that he was carrying currency in excess of $10,000, and that he knowingly and falsely reported the amount of currency he was carrying to the CBP officers and on the CBP Form 6059B.

## CONCLUSION

9. Based on the facts provided above, I respectfully submit that probable cause exists in support of a criminal complaint charging Trevor EDWARDS with one count of bulk cash smuggling, in violation of Title 31, United States Code, Section 5332(a); and one count of false statement, in violation of Title 18, United States Code, Section 1001(a)(2).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

Kenny Silva, Special Agent
Homeland Security Investigations
United States Immigration and Customs Enforcement

Sworn to and subscribed before me this
13th day of December, 2017.

Patrick M. White
United States Magistrate Judge