UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cr-20916-UU

UNITED STATES OF AMERICA,

v.

TREVOR EDWARDS,

    Defendant.
_____/

## VERDICT

1. We, the Jury, unanimously find as to Count 1 (Bulk Cash Smuggling):

    GUILTY __✓__    NOT GUILTY _____

2. We, the Jury, unanimously find as to Count 2 (False Statement):

    GUILTY __✓__    NOT GUILTY _____

SO SAY WE ALL.

_[signature]_        4-2-18
FOREPERSON OF THE JURY    Date