UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20916-CR-UNGARGO

UNITED STATES OF AMERICA,

vs.

TREVOR EDWARDS,

    Defendant.

_____/

**SPECIAL VERDICT ON FORFEITURE**

We, the jury, unanimously find by a preponderance of the evidence that the following property was involved in ~~the commission the~~ *U.U. the* violation of 31 U.S.C. § 5332(a) as charged in Count 1 of the Indictment, and is subject to forfeiture to the United States:

~~$38,086.00~~ in United States Currency:     ✓ Yes     ___ No

$27,969.00

SO SAY WE ALL,

FOREPERSON

Dated this 2 day of April, 2018