UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. ~~17-20675-CR-UNGARO~~
17-20916-CR-UNGARO

UNITED STATES OF AMERICA,

    Plaintiff

vs.

TREVOR EDWARDS,

    Defendant.
_____/

## FINAL ORDER OF FORFEITURE

THIS CAUSE is before the Court upon Motion of the United States of America (the "United States") for entry of a final order of forfeiture. Being fully advised in the premises the Court finds as follows:

1. On April 10, 2018, the Court entered a Preliminary Order of Forfeiture [ECF 74] condemning and forfeiting the interest of Defendant TREVOR EDWARDS in $27,969.00 in U.S. currency to the United States of America, pursuant to Title 31, United States Code, Section 5332(b)(2).

2. On June 23, 2018, the United States published notice of the Preliminary Order, and of its intent to dispose of the Property, in accordance with Title 21, United States Code, Section 853(n)(1) and Rule 32.2(b)(6) of the Federal Rules of criminal Procedure.

3. On August 29, 2018, the United States filed its Declaration of Publication with the Clerk of the Court asserting the Preliminary Order was published on an official government internet site (ww.forfeiure.gov), consistent with Title 21, United Stated Code, Section 853(n)(1)

and Rule 32.2(b)(6)(D) of the Federal Rules of Criminal Procedure, for at least thirty (30) consecutive days, beginning on June 23, 2018, and ending on July 22, 2018 [ECF 110].

4.  The time for filing a petition pursuant to publication on an official government site expires sixty (60) days after the first day of publication pursuant to Supplemental Rule G(5)(a)(ii)(B), which in this case was August 22, 2018.

5.  Title 21, United States Code, Section 853(n)(2), provides, in pertinent part, that "[a]ny person, other than the defendant, asserting a legal interest in property which has been ordered forfeited to the United States...may, within thirty days of the final publication of notice or his receipt of [direct written] notice...petition the court for a hearing to adjudicate the validity of his alleged interest in the property." Title 21, United States Code, Section 853(n)(7) provides that "[f]ollowing the court's disposition of all petitions filed under this subsection...the United States shall have clear title to property that is the subject of the order of forfeiture and may warrant good title to any subsequent purchaser or transferee."

6.  All Persons known to the United States to have a legal interest in the property ordered forfeited have thereby been notified.

7.  As of the date of the filing of this motion, no person or entity has filed a petition asserting a legal interest in the Property with the Court in accordance with Title 21, United States Code, Section 853(n)(2), and the United States is not aware of any person or entity, who or which has an interest of record in the Property and has not been given proper notice as required by law.

Accordingly, based upon the foregoing, the evidence of record, and for good cause shown, it is hereby,

**ORDERED** that:

1. The United States' Motion for Entry of a Final Order of Forfeiture is **GRANTED**;

2. The $27,969.00 in United States currency is hereby forfeited to, and title vested in, the United States, pursuant to Title 21, United States Code, Section 5332(b)(2); and

3. The Department of Homeland Security or any duly authorized law enforcement agency, shall dispose of the forfeited asset in accordance with applicable law.

**DONE AND ORDERED** at Miami, Florida on this 4 day of Sept., 2018.

*/s/ Ursula Ungaro*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE